```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

_____
                                   )
KIMBERLY DURFEE CHRAIKA,           )
                                   )
       Plaintiff,                  )
                                   )
       v.                          )   CIVIL ACTION
                                   )   NO. 14-12981-WGY
GORDON HALL, et al.,               )
                                   )
       Defendants.                 )
_____)
```

## ORDER

YOUNG, D.J.                                        November 10, 2014

In a memorandum and order dated July 28, 2014 (#5), the Court found that the plaintiff's complaint did not meet the pleading requirements of Fed. R. Civ. P. 8(a) and ordered the plaintiff to file an amended complaint.

The plaintiff has filed an amended complaint (#7), but it does not cure the problems of the original complaint. Although it provides a glimpse of the alleged misconduct, it still does not "give the defendant fair notice of what the plaintiff's claim is and the grounds upon which it rests." Calvi v. Knox County, 470 F.3d 422, 430 (1st Cir. 2006) (quoting Educadores Puertorriqueños en Acción v. Hernández, 367 F.3d 61, 66 (1st Cir. 2004)).

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. SO ORDERED.

                                              /s/ William G. Young  
                                              WILLIAM G. YOUNG  
                                              UNITED STATES DISTRICT JUDGE